```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------
JOSEPH MATTERA,

                Plaintiff,        24-cv-7911 (JGK)

    - against -                 ORDER

GUO YANFANG, ET AL.,

                Defendants.
------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff is proceeding pro se and in forma pauperis status has been granted. Therefore, service in this case can be made by the U.S. Marshal Service. However, the plaintiff must provide sufficient information for service to be made on the defendants. The Court previously instructed the plaintiff to provide mailing addresses for the defendants or to bring a motion for alternate service by email and allege facts showing that no mailing address is available for the defendants and that the defendants are likely to receive the summons and complaint by email. See ECF No. 7.

    The plaintiff has not provided mailing addresses for the defendant and the time to serve the summons and complaint on the defendants has elapsed. The time for the plaintiff to provide mailing addresses for the defendant is extended to **February 28, 2025.** If the plaintiff does not provide mailing addresses or

bring a motion for alternate service by that date, the action may be dismissed without prejudice for failure to prosecute.

SO ORDERED.
Dated:   New York, New York
         February 10, 2025

                                                  John G. Koeltl
                                      United States District Judge