UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH MATTERA,

                Plaintiff,           24-cv-7911 (JGK)

      - against -              ORDER

GUO YANGFANG, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court, via order of February 10, 2025, extended, to February 28, 2025, the time for the plaintiff to provide mailing addresses for the defendants and to serve the summons and complaint on the defendants. The Court further advised the plaintiff that failure to provide mailing addresses or bring a motion for alternate service by February 28, 2025, would result in a dismissal without prejudice for failure to prosecute.

    Having heard no response from the plaintiff to date, it is hereby ordered that the above captioned matter is **dismissed without prejudice** for failure to prosecute, pursuant to Fed. R. Civ. P. 4(m).

SO ORDERED.
Dated:    New York, New York
            March 14, 2025

                                        _____
                                          John G. Koeltl
                                    United States District Judge